IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN LYNN MCCART,

    Petitioner,                   No. CIV S-04-0866 FCD EFB P

    vs.

A.A. LAMARQUE,

    Respondent.               ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On April 13, 2009, petitioner requested an extension of time to file objections to the findings and recommendations filed on March 31, 2009. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that petitioner's April 13, 2009 request for an extension is granted. Petitioner has 30 days from the date this order is served to file objections to the March 31, 2009 findings and recommendations.

Dated: April 15, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE